In the Matter of EMPIRE TRUST COMPANY, Appellant, *v.* GENE BUCK, Respondent.

Argued November 16, 1937; decided November 30, 1937.

*Charles Green Smith* for appellant.

*Louis D. Frohlich* and *Herman Finkelstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.